```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS OROZCO MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0393 LKK |
| ) | |
| Plaintiff, ) | ORDER AFTER HEARING |
| ) | |
| v. ) | |
| ) | Date:  October 30, 2007 |
| JOSE LUIS OROZCO MORENO, et ) | Time:  9:30 a.m. |
| al., ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |

This matter came before the Court for a Status Conference on October 2, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney Michael Beckwith, defendant JOSE LUIS OROZCO MORENO was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon, defendant EDGAR ADRAIN MORENO was present and in custody, represented by his counsel, Steven D. Bauer, and defendant JUAN AGUIRRE PACHECO was present and in custody, represented by his counsel Dina Lee Santos.

1     A further Status Conference hearing was set for October 30, 2007,
2  at 9:30 a.m. in Courtroom 4.
3     Therefore, good cause appearing,
4     IT IS ORDERED that a further status conference be set for
5  October 30, 2007, at 9:30 a.m. in Courtroom 4.
6     IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
7  (iv), the period from October 2, 2007, through and including October
8  30, 2007, is excluded from the time computations required by the Speedy
9  Trial Act due to ongoing preparation of counsel.

11 DATED: October 4, 2007

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```