1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JUAN PACHECO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,       ) No. CR-S 07-393 LKK
12                                 )
                Plaintiff,         )
13                                 ) STIPULATION AND ORDER VACATING
         v.                        ) DATE, CONTINUING CASE, AND
14                                 ) EXCLUDING TIME
   JUAN PACHEC0, et al.            )
15              Defendant.         )
                                   ) Date   December 4, 2007
16 _____  ) Time:  9:30 a.m.
                                   ) Judge: Karlton
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Michael Beckwith, Counsel for Plaintiff; Attorney Dina L.
20
   Santos, Counsel for Defendant Juan Pacheco; Attorney Matthew Bockman,
21
   Counsel for Defendant Jose Luis Orozco Moreno; Attorney Steven Bauer,
22
   Counsel for Defendant Edgar Adrain Moreno, that the status conference
23
   scheduled for October 30, 2007, be vacated and the matter be continued
24
   to this Court's criminal calendar on December 4, 2007, at 9:30 a.m. for
25
   further status.
26
        This continuance is requested by the defense in order to permit
27
   counsel to conduct investigation and continue in negotiations with the
28

prosecution in attempt to finalize a plea agreement. We have just received a draft of a plea agreement and require time to have the plea agreement read by a certified interpreter and to possibly meet with the government before the plea for further negotiations.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 4, 2007 date, and that all counsel has authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: October 29, 2007     /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for
                            Juan Pacheco

Dated: October 29, 2007     /S/ Matthew Bockman
                            MATTHEW BOCKMAN
                            Attorney for
                            Jose Luis Orozco Moreno

Dated: October 29, 2007     /S/ Steven Bauer
                            STEVEN BAUER
                            Attorney for
                            Edgar Adrain Moreno

Dated: October 29, 2007     /S/ Michael Beckwith
                            MICHAEL BECKWITH
                            Assistant United States Attorney
                            Attorney for Plaintiff

1
2
**O R D E R**

   **IT IS SO ORDERED.**
3
              By the Court,
4
5
Dated: October 29, 2007
6
7                                        _____
                                         LAWRENCE K. KARLTON
8                                        SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                   3