DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS OROZCO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0393 LKK |
|            Plaintiff, | ) ORDER AFTER HEARING |
|     v. | ) |
| JOSE LUIS OROZCO MORENO, et al., | ) |
|            Defendants. | ) |

This matter came before the Court for a Status Conference on December 4, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney Michael Beckwith, defendant JOSE LUIS OROZCO MORENO was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon, defendant EDGAR ADRAIN MORENO was present and in custody, represented by his counsel, Steven D. Bauer, and defendant JUAN AGUIRRE PACHECO was present and in custody, represented by his counsel Dina Lee Santos (by Steve Bauer).

1        A further Status Conference hearing was set for February 12, 2008,
2   at 9:30 a.m. in Courtroom 4.
3        Therefore, good cause appearing,
4        IT IS ORDERED that a further status conference be set for
5   February 12, 2008, at 9:30 a.m. in Courtroom 4.
6        IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
7   (iv), the period from December 4, 2007, through and including
8   February 12, 2008, is excluded from the time computations required by
9   the Speedy Trial Act due to ongoing preparation of counsel.
10
11  DATED: December 7, 2007
12
13                                  _____
                                    LAWRENCE K. KARLTON
14                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT