DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS OROZCO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0393 LKK |
| Plaintiff, | ) ORDER AFTER HEARING |
| v. | ) |
| JOSE LUIS OROZCO MORENO, et al., | ) |
| Defendants. | ) |

This matter came before the Court for a Status Conference on February 12, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Heiko Coppola (for Michael Beckwith), defendant JOSE LUIS OROZCO MORENO was present and in custody, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon, defendant EDGAR ADRAIN MORENO was present and in custody, represented by his counsel, Dina Lee Santos (for Steven D. Bauer), and defendant JUAN AGUIRRE PACHECO was present and in custody, represented by his counsel Dina Lee Santos.

1    Defendants JOSE OROZCO MORENO and EDGAR ADRAIN MORENO requested
2 new counsel.  Because of this request, a Further Status Conference re
3 Status of Counsel as to these two defendants was set for February 20,
4 2008, at 9:30 a.m. in Courtroom 4.
5    A Further Status Conference as to Defendant JUAN AGUIRRE PACHECO
6 was set for April 15, 2008, at 9:30 a.m. in Courtroom 4.
7    Therefore, good cause appearing,
8    IT IS ORDERED that, as to Defendants JOSE OROZCO MORENO and EDGAR
9 ADRAIN MORENO, a Further Status Conference re Status of Counsel is set
10 for February 20, 2008, at 9:30 a.m. in Courtroom 4.
11    IT IS FURTHER ORDERED that, as to Defendant JUAN AGUIRRE PACHECO,
12 a Further Status Conference is set for April 15, 2008, at 9:30 a.m. in
13 Courtroom 4.
14    IT IS FURTHER ORDERED that, as to Defendants JOSE OROZCO MORENO
15 and EDGAR ADRAIN MORENO and pursuant to 18 U.S.C. §3161(h)(8)(B)
16 (iv) and Local Code T4, the period from February 12, 2008, through and
17 including February 20, 2008, is excluded from the time computations
18 required by the Speedy Trial Act due to ongoing preparation of counsel.
19    IT IS FURTHER ORDERED that, as to Defendant JUAN AGUIRRE PACHECO
20 and pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, the
21 period from February 12, 2008, through and including April 15, 2008, is
22 excluded from the time computations required by the Speedy Trial Act
23 due to ongoing preparation of counsel.

DATED: February 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                2