```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S CR 07-393 LKK |
|         Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | RESCHEDULING STATUS CONFERENCE, |
| ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
|     v. ) | |
| ) | |
| JOSE LUIS OROZCO MORENO and, ) | |
| EDGAR ADRIAN MORENO, ) | |
| ) | |
|         Defendants. ) | |

This matter came before the Court for a status conference on May 13, 2008, at 9:30 A.M.  Assistant U.S. Attorney Michael Beckwith represented the United States, Defense counsel Steven Bauer representing Edgar Adrian Moreno and Defense counsel J. Toney representing Jose Luis Orozco Moreno were present. Defendant"s were present and in custody.

The parties seek additional time to prepare .  Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for June 17, 2008, at 9:30  a.m.

Accordingly, the parties stipulate that time be excluded pursuant to, Local Code T4.

IT IS SO STIPULATED.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated: June 13, 2008        By:  /s/  Michael M. Beckwith
                                                  MICHAEL M. BECKWITH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff


DATED: June 13, 2008        By:  /s/ J. Toney
                                                  J. TONEY
                                                  Attorney for Defendant
                                                  JOSE LUIS OROZCO MORENO


DATED: June 13, 2008        By:  /s/ Steven Bauer
                                                  STEVEN BAUER
                                                  Attorney for Defendant
                                                  EDGAR ADRIAN MORENO


**ORDER**

    1.   A status conference is set for June 17, 2008, at 9:30 A.M.

    2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through June 17, 2008.

    **IT IS SO ORDERED.**

DATED: June 16, 2008

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

3