```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2797
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CR. No. S-07-393 LKK
                                )
12                  Plaintiff,  )  ORDER RE: SCHEDULING STATUS
                                )  CONFERENCE, AND EXCLUDING
13             v.               )  TIME UNDER SPEEDY TRIAL ACT
                                )
14  JOSE LUIS OROZCO MORENO,    )  DATE:  July 8, 2008
                                )  TIME:  9:30 a.m.
15                  Defendant.  )  CTRM:  Honorable Lawrence K. Karlton
    _____)
16
17       On June 17, 2008, a status conference was held in the above-
18  captioned case.  Assistant U.S. Attorney Michael M. Beckwith
19  appeared on behalf of plaintiff, United States of America.  J Toney,
20  Esq., appeared for defendant Jose Luis Orozco Moreno.  The parties
21  agreed and the Court granted a continuance for a further status
22  conference and possible change of plea to July 8, 2008, at 9:30 a.m.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1    All counsel and defendant agreed that time under the Speedy
2 Trial Act (Local code T4) be excluded for preparation to July 8,
3 2008.  The Court directed government counsel to prepare a formal
4 order.

                                    MCGREGOR W. SCOTT
                                    United States Attorney


DATED: July 16, 2008         By:    /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

_____

                         **IT IS HEREBY ORDERED**:

    1.   Further status conference is set for July 8, 2008 at 9:30
a.m.
    2.   Based on the party's representations, the Court finds that
the ends of justice outweigh the best interest of the public and
defendant in a speedy trial.  Accordingly, time under the Speedy
Trial Act (Local code T4) shall be excluded through July 8, 2008

DATED: July 21, 2008

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT