McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>         v.                       )<br>                                   )<br>JOSE LUIS OROZCO MORENO,           )<br>                                   )<br>              Defendant.           )<br>_____) | CR. No. S-07-393 LKK<br><br>ORDER RE: SCHEDULING STATUS<br>CONFERENCE, AND EXCLUDING<br>TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:  July 8, 2008<br>TIME:  9:30 a.m.<br>CTRM:  Honorable Lawrence K. Karlton |

   On June 17, 2008, a status conference was held in the above-captioned case.  Assistant U.S. Attorney Michael M. Beckwith appeared on behalf of plaintiff, United States of America.  J Toney, Esq., appeared for defendant Jose Luis Orozco Moreno.  The parties agreed and the Court granted a continuance for a further status conference and possible change of plea to July 8, 2008, at 9:30 a.m.

///
///
///
///
///
///

    All counsel and defendant agreed that time under the Speedy Trial Act (Local code T4) be excluded for preparation to July 8, 2008. The Court directed government counsel to prepare a formal order.

                                               MCGREGOR W. SCOTT
                                               United States Attorney

DATED: July 16, 2008          By:   <u>/s/ Michael M. Beckwith</u>
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney

_____

**IT IS HEREBY ORDERED:**

    1.   Further status conference is set for July 8, 2008 at 9:30 a.m.

    2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act (Local code T4) shall be excluded through July 8, 2008

DATED: July 21, 2008

                                              /s/ Lawrence K. Karlton
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT